UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Independent School District No. 11, sued as School Board of Independent School District No. 11, Anoka-Hennepin**

**Plaintiff,**

**v.**

**Sara A. Minor by and through her parents and legal guardians, Kevin and Suzanne Pachl,**

**Defendant.**

**Civil No. 01-342 (PAM/SRN)**

**AMENDED**
**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by October 1, 2001.

2. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Dispositive Motions**

1. All dispositive motions shall be served, filed and scheduled by **February 15, 2002**. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Beverly Riches at 651-848-1200.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Dated: November 15, 2001

Susan Richard Nelson
United States Magistrate Judge