# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

School Board of Independent School
District No. 11, Anoka-Hennepin,

Case No. Civil 01-342 SRN

v.

**JUDGMENT IN A CIVIL CASE**

Sarah Pachl, a minor, by and through
her parents and legal guardians,
Kevin and Suzanne Pachl,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' motion for summary judgment is granted.

Plaintiff's motion for summary judgment is denied.

Plaintiff's motion to strike defendant's attachment A & C is denied as moot with respect to attachment A, and denied with respect to attachment C.

DATE: May 10, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

(39)