**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Independent School District No. 11, Anoka-Hennepin,
Plaintiff,

Civil No. 01-342 SRN

v.

STIPULATION & ORDER

Sarah C. Pachl, a minor, by and through her parents and legal guardians, Kevin and Susanne Pachl,
Defendants.

---

Come now the parties and by counsel, hereby agree and stipulate as follows:

1. The Plaintiff District stipulates and concurs that the hourly rate of $150.00 of Counsel Sonja D. Kerr is reasonable and customary for representation of special education parents/students in the legal community of Minnesota.

2. That the Plaintiff District is granted an additional week from the Court's prior order and must file any Response Memorandum on or before July 16, 2002.

3. That the Defendant Pachl will be granted an extension of one additional week or must file any Reply Memorandum on or before July 23, 2002.

Respectfully submitted this 25th day of June, 2002.

Nancy Blumstein, #227638
Ratwik, Roszak & Maloney
300 U.S. Trust Building
730 Second Ave. S.
Minneapolis, MN 55402
(612)339-0060

Counsel for Plaintiff District

Sonja D. Kerr, #18777x
KERR LAW OFFICE
5972 Cahill Ave. S. #110
Inver Grove Heights, MN 55076
(651)-552-4900

Counsel for Defendants Pachl

JUN 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SO ORDERED THIS 27th DAY OF JUNE, 2002.

Susan Richard Nelson

Susan Richard Nelson, Magistrate Judge