**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**School Board of Independent School District No. 11, Anoka-Hennepin,**

**Plaintiff,**

**v.**

**Sarah Pachl, a minor, by and through her parents and legal guardians, Kevin and Suzanne Pachl,**

**Defendants.**

**Civil No. 01-342 (PAM/SRN)**

**ORDER**

---

Nancy E. Blumstein, Esq., on behalf of Plaintiff.

Sonja D. Kerr, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on March 7, 2003, on Defendants' Motion for Attorney Fees for Enforcement Necessary to Obtain Court Awarded Fees (Doc. No. 68).

This written Order serves to memorialize the Court's ruling given during the telephonic hearing on Defendants' motion. The Court denies Defendants' motion for $352.77 incurred in connection with enforcement of the Court's December 23, 2002 Order.

Dated: March 7, 2003

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

MAR 07 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK